# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:22-M -00807(1,2) |
| | § |
| (1) Rogelio Gonzales Garcia | § |
| (2) Alondra Urbina-Gonzalez | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 05, 2022** in **Dimmit** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, transports, or moves or attempts to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: "On April 5, 2022, defendants Rogelio Gonzales GARCIA, a United States citizen, and Alondra URBINA-Gonzales, a Mexican citizen, were arrested near Carrizo Springs, Texas, within the Western District of Texas, for transporting three illegal aliens further into the United States. Agents encountered both defendants as occupants of a 2009 Honda Accord at the

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
Jester, Michael C
Border Patrol Agent

04/11/2022    at   DEL RIO, Texas
File Date          City and State

VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE          Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.    Case Number: DR:22-M -00807(1,2)

(1) Rogelio Gonzales Garcia
(2) Alondra Urbina-Gonzalez

**Continuation of Statement of Facts:**

immigration checkpoint on HWY 277. After a K9 alerted to the vehicle and a consent search was granted by GARCIA, agents found three subjects in the trunk. All three subjects were citizens of Guatemala illegally present in the United States. In a sworn statement, GARCIA denied knowing URBINA-Gonzales had picked up illegal aliens despite noticing the vehicle was now riding low. GARCIA said he was driving to a pin drop location provided by URBINA-Gonzalez. URBINA-Gonzalez invoked her rights and did not provide a sworn statement."

_____
Signature of Judicial Officer

_____
Signature of Complainant